No. 73–2004. WASHINGTON ET AL. v. FLORIDA. Dist.

994

Ct. App. Fla., 3d Dist.  Certiorari denied.